452 A.2d 54

Commonwealth v. Clarke, Appellant.

Submitted February 3, 1982.   Michael Wilder, Assistant Public Defender, for appellant;   Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence of the learned Bucks County Common Pleas Judge Isaac S. Garb is affirmed.